**Ashley Yount**

| | |
|---|---|
| **From:** | Mark Adams - Court of Criminal Appeals <mark.adams@cca.courts.state.tx.us> |
| **Sent:** | Wednesday, August 21, 2013 9:14 AM |
| **To:** | coa12notices |
| **Subject:** | Notice from Court of Criminal Appeals |

Wednesday, August 21, 2013
Re: Case No. PD-0839-13
COA#: 12-12-00065-CR, TC# C-18,475
STYLE: ROBERTS, TIMOTHY MARK

FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 2 6 2013
TYLER TEXAS
CATHY S. LUSK, CLERK

On this day, the Appellant's Pro Se petition for discretionary review has been refused.
Abel Acosta, Clerk

1